IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICK L. OLMSTEAD, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 11-cv-00616-WDS-DGW |
| ) | |
| JOHN C. BURCH a/k/a ) | |
| CHRIS BURCH, et al., ) | |
| ) | |
|    Defendants. | |

**ORDER**

Pending before the Court is the Motion to Withdraw as Attorneys of Record and Withdraw Entry of Appearance for Defendant John C. Burch a/k/a Chris Burch filed by Attorney Jeffery A. Cain and the law firm of Freeark, Harvey & Mendillo, P.C. on November 3, 2011 (Doc. 24). The motion is **GRANTED**. Attorney Jeffery A. Cain and the law firm of Freeark, Harvey & Mendillo, P.C. are hereby granted leave to withdraw their appearance on behalf of Defendant John C. Burch a/k/a Chris Burch.

**IT IS HEREBY ORDERED**:

(1) In accordance with SDIL/LR 83.1(g)(2), Attorney Jeffery A. Cain shall serve a copy of this Order within seven days of the entry of this Order to Defendant John C. Burch a/k/a Chris Burch at his last known address: 110 Nesting Canyon, San Antonio, Texas 78253; and

(2) John C. Burch a/k/a Chris Burch shall inform the Court, by **December 8, 2011**, of his intention to hire an attorney or proceed *pro se*.

**DATED: November 7, 2011**

*Donald Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**