IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICK L. OLMSTEAD and<br>JANICE OLMSTEAD,<br><br>   Plaintiffs<br><br>v.<br><br>JOHN C. BURCH a/k/a CHRIS BURCH,<br>and SELECT TEMPORARIES, INC.<br>d/b/a SELECT STAFF,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:11-cv-00616-WDS-DGW<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR IMMEDIATE DIMISSAL OF THIS ACTION WITH PREJUDICE PURSUANT TO STIPULATION

COME NOW the parties, by and through their respective counsel, and hereby file this Joint Motion for Immediate Dismissal of this Action with Prejudice, and in support thereof, state as follows:

1. The parties hereto have reached and effectuated a full and complete settlement of the above-captioned matter. Releases have been executed and exchanged, and all settlement funds have likewise been satisfied and exchanged between the parties. The Parties hereto have further stipulated to the Dismissal through their counsel. Please see the Stipulation to Dismiss, included herewith.

2. As a condition of said settlement, the parties received from a third-party (Plaintiff's employer) a worker's compensation lien waiver which requires that this matter be dismissed, with prejudice, prior to September 30, 2012.

3. Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff has the right to dismiss this suit with prejudice pursuant to stipulation signed by the parties.

WHEREFORE, since settlement has been fully effectuated, and the parties have stipulated to the Dismissal in an effort to comply with the terms of the lien waiver, the parties hereby jointly request that the Court immediately dismiss the above-captioned matter, with prejudice, with each party to bear their/its own costs.

Respectfully submitted,

| | |
|---|---|
| SCHOEN WALTON TELKEN & FOSTER, LLC | SMITH AMUNDSEN, LLC |
| By:/s/ Troy E. Walton<br>TROY E. WALTON, #6274303<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>618.274.0434 – Telephone<br>618.275.8369 – Facsimile<br>E-mail: twalton@schoenwalton.com<br>**Attorneys for Plaintiffs Rick Olmstead and Janice Olmstead** | By: /s/ Brian A. Rosenblatt<br>BRIAN A. ROSENBLATT, #6243772<br>150 North Michigan Avenue, Suite 3300<br>Chicago, IL 60601<br>312.894.3200 - Telephone<br>312.894.3210 - Facsimile<br>E-mail:  brosenblatt@salawus.com<br>**Attorneys for Defendant Select Temporaries Inc. d/b/a Select Staff and John C. Burch a/k/a Chris Burch** |

STIPULATION TO DISMISS

The Parties hereby stipulate to the dismissal of the amended complaint in the above-referenced civil action, with prejudice and with each party to bear his or its own costs.

| | |
|---|---|
| SCHOEN WALTON TELKEN & FOSTER, LLC | SMITH AMUNDSEN, LLC |
| By:  /s/ Troy E. Walton<br>TROY E. WALTON, #6274303<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>618.274.0434 – Telephone<br>618.275.8369 – Facsimile<br>E-mail: twalton@schoenwalton.com<br>**Attorneys for Plaintiffs Rick Olmstead and Janice Olmstead** | By: /s/ Brian A. Rosenblatt<br>BRIAN A. ROSENBLATT, #6243772<br>150 North Michigan Avenue, Suite 3300<br>Chicago, IL 60601<br>312.894.3200 - Telephone<br>312.894.3210 - Facsimile<br>E-mail:  brosenblatt@salawus.com<br>**Attorneys for Defendant Select Temporaries Inc. d/b/a Select Staff and John C. Burch a/k/a Chris Burch** |