# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICK L. OLMSTEAD and <br> JANICE OLMSTEAD, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN C. BURCH a/k/a CHRIS BURCH, <br> and SELECT TEMPORARIES, INC., <br> d/b/a SELECT STAFF, <br><br> Defendants. | NO.  11-cv-616-WDS-DGW |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on July 30, 2012 (doc. 48) and September 12, 2012 (doc. 51), this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**NANCY J. ROSENSTENGEL,** <br>
**CLERK OF COURT**


**BY:**  /s/*Cheryl A. Ritter* <br>
       **Deputy Clerk**

Dated:   12 September 2012


APPROVED: WILLIAM D. STIEHL <br>
                U. S. DISTRICT JUDGE